Nov. Term,
1860.

WEBB
v.
BOWLESS.

*Saturday,
December 8.*

Manson and Another *v.* Blair.

APPEAL from the *Montgomery* Circuit Court.

*Per Curiam.*—The judgment is affirmed, with costs, and 1 per cent. damages.

*Thompson* and *Ristine*, and *D. W. Voorhees*, for appellants.

---

Webb *v.* Bowless and Another.

In an action upon a promissory note, a general plea of a want of consideration is good.

If a demurrer be directed to the whole answer, it should be overruled if the answer contains one good paragraph.

*Saturday,
December 8.*

APPEAL from the *Montgomery* Circuit Court.

Worden, J.—Suit by *Webb* against the appellees, upon a promissory note made by them to one *Hall*, and by him indorsed to the plaintiff.

The defendants filed an answer of four paragraphs, to the whole of which a demurrer was filed and overruled, and exception taken. The plaintiff failing to reply, judgment was rendered for the defendants. The only question presented relates to the ruling of the Court upon the demurrer.

One paragraph of the answer set up that the note was given without any good or valuable consideration whatever. This was undoubtedly good. *Clark* v. *Harrison*, 5 Blackf. 302;

*Webster* v. *Parker*, 7 Ind. 185. The demurrer being to the whole answer, and there being at least one good paragraph, the demurrer was correctly overruled. It is unnecessary to inquire into the other paragraphs of the answer, as the judgment would have to be affirmed, whether they be good or bad.

*Per Curiam.*—The judgment is affirmed, with costs.

*D. W. Voorhees* and *Charles Tyler*, for appellant.

*J. E. McDonald, S. C. Wilson* and *R. A. Chandler*, for appellees.